ELLA HEFLIN, Respondent, *v.* FREDERIC E. LYFORD, Appellant.

*Heflin* v. *Lyford*, 176 App. Div. 923, affirmed.

(Argued January 21, 1919; decided February 4, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 18, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover loss alleged to have been occasioned plaintiff by her purchase of worthless bonds induced by false representations of the defendant.

*Harvey D. Hinman* for appellant.

*James Moore* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.